UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY S. PERRI,

        Plaintiff,

  v.

ANTONY J. BLINKIN, et al.,

        Defendants.

CASE NO. 3:22-cv-05726-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, recommending the Court deny Plaintiff Anthony Perri's Motion to Proceed *in forma pauperis* because his proposed complaint fails to state a claim upon which relief can be granted. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Perri's Motion to Proceed *In Forma Pauperis*, Dkt. 1, is **DENIED**;

    (3)    This case is **DISMISSED without prejudice**; and

    (4)    The Clerk shall enter JUDGMENT and close this case.

ORDER - 1

1   Dated this 31st day of October, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge